UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMIE H. LINDSEY** | **CIVIL ACTION NO. 24-0405** |
| **VS.** | **SECTION P** |
| | **JUDGE JERRY EDWARDS, JR.** |
| **RPDC MEDICAL DEPT., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Jamie H. Lindsey's claims against RPDC Medical Department, James Huffs, Daniel Arnold, Judy Mills, Eric Rushing, and Penny Johnson are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

THUS DONE AND SIGNED in Chambers, this 24th day of June, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE