# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **JAMIE H LINDSEY** | **CASE NO. 3:24-CV-00405 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **RPDC MEDICAL DEPT., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. No. 21] filed by Defendant Kendra Vaughn be **GRANTED** and Plaintiff Jamie Lindsey's remaining claim be **DISMISSED WITHOUT PREJUDICE** on the merits but **DISMISSED WITH PREJUDICE** for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.

THUS DONE AND SIGNED this 5th day of June 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE